WILLIAM F. WINDLER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-832—

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS STATE POLICE, Respondent.

*Opinion filed August 8, 1974.*

D. K. McINTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.